UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 22-13165-MBK

Stephen A. Hester  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                                             Bankr. Case No. 22-13165-MBK

Stephen A. Hester                                                                                                             Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 2, 2022 :

Mark S Cherry                                                 Albert Russo
385 Kings Highway North                     CN 4853
Cherry Hill, NJ 08034                         Trenton, NJ 08650

                                                                                   By  /s/ Mandy Youngblood
                                                                                           Mandy Youngblood

xxxxx18914 / 1055755