UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Rez LLC d/b/a Shellpoint Mortgage Servicing

In Re:

Stephen A. Hester,

Debtor.

Case No.:     22-13165-MBK

Chapter:     13

Hearing Date:     7/13/2022

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 21)

_____

Date: 6/30/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*