| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-13165 / MBK

Stephen A. Hester

Petition Filed Date: 04/19/2022
341 Hearing Date: 05/26/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2022 | $2,175.00 | 85016820 | 10/04/2022 | $200.00 | 87463060 | | | |

**Total Receipts for the Period:** $2,375.00   **Amount Refunded to Debtor Since Filing:** $2,177.90   **Total Receipts Since Filing:** $2,375.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephen A. Hester | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S Cherry | Attorney Fees | $0.00 | $0.00 | $0.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | AMERICREDIT FINANCIAL SERVICES | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  2015  FORD |   |   |   |   |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,293.51 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC | Unsecured Creditors | $433.47 | $0.00 | $0.00 |
|   | »»  SHERMAN ORIGINATOR LLC |   |   |   |   |
| 4 | NewRez LLC | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
|   | »»  P/9 TIMOTHY LANE/1ST MRTG | Hold Funds: Pending Resolution |   |   |   |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $229.65 | $0.00 | $0.00 |
| 6 | NewRez LLC | Mortgage Arrears | $93,948.47 | $0.00 | $0.00 |
|   | »»  P/9 TIMOTHY LN/1ST MTG/ORDER 7/9/22 |   |   |   |   |
| 0 | Stephen A. Hester | Debtor Refund | $2,177.90 | $2,177.90 | $0.00 |

**Chapter 13 Case No. 22-13165 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,375.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $2,177.90 | Current Monthly Payment: | $2,037.05 |
| Paid to Trustee: | $197.10 | Arrearages: | $0.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

