UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and phone number]

Mark S. Cherry, Esquire
Law Office of Mark S. Cherry
385 North Kings Highway
Cherry Hill, NJ 08034
856-667-1234

Order Filed on April 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
[Enter the debtor's name(s)]
Stephen Hester

Case No.: 22-13165
[Enter the case number]

Chapter: 13
[Enter the case number]

Hearing Date: April 12, 2023
[Enter the hearing date]

Judge: MBK
[Enter the Judge's last name]

**ORDER GRANTING** MOTION TO EXTEND THE AUTOMATIC STAY
[Enter the relief sought]

The relief set forth on the following pages, numbered two (2) through [enter the number of the last page of this Order] 2 is **ORDERED**.

[Leave the rest of this page blank]

**DATED: April 13, 2023**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the movant's *[Enter the title of the motion]* _____

__**MOTION TO EXTEND THE AUTOMATIC STAY**__ the related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____