Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 22−13165−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen A. Hester
   aka Stephen A. Hester, aka Stephen Andrew Hester, aka Stephen Hester
   9 Timothy Ln
   Burlington, NJ 08016−4115

Social Security No.:
   xxx−xx−9787

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/24/23 at 09:00 AM

to consider and act upon the following:

*60* − Motion for Approval to Participate in the Court's Loss Mitigation Program. Filed by Mark S Cherry on behalf of Stephen A. Hester. (Attachments: # 1 Certification # 2 Brief # 3 Certificate of Service # 4 Proposed Order) (Cherry, Mark)

Dated: 4/26/23

                                Jeanne Naughton
                                Clerk, U.S. Bankruptcy Court