Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13165−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Stephen A. Hester
　aka Stephen A. Hester, aka Stephen
　Andrew Hester, aka Stephen Hester
　9 Timothy Ln
　Burlington, NJ 08016−4115

Social Security No.:
　xxx−xx−9787

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/24/23 at 09:00 AM

to consider and act upon the following:

*60 −* Motion for Approval to Participate in the Court's Loss Mitigation Program. Filed by Mark S Cherry on behalf of Stephen A. Hester. (Attachments: # 1 Certification # 2 Brief # 3 Certificate of Service # 4 Proposed Order) (Cherry, Mark)

Dated: 4/26/23

　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13165-MBK |
| Stephen A. Hester | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 26, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen A. Hester, 9 Timothy Ln, Burlington, NJ 08016-4115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Mark S Cherry | on behalf of Debtor Stephen A. Hester mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6