UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Mark S. Cherry, Esquire
Law Office of Mark S. Cherry
385 North Kings Highway
Cherry Hill, NJ  08034
856-667-1234

Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*
Stephen Hester

Case No.: 22-13165
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: MBK
*[Enter the Judge's last name]*

**ORDER GRANTING** APPROVAL TO PARTICIPATE IN LOSS MITIGATION PROGRAM
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* 2 is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: May 25, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the movant's *[Enter the title of the motion]* __Approval to Participate in Loss Mitigation Program__, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* __Approval to Participate in Loss Mitigation Program.__

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____