| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 22-13165 / MBK

Stephen A. Hester

Petition Filed Date: 04/19/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 04/26/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | $2,037.05 | 90639980 | 03/23/2023 | $4,499.00 | 6780204075 | 03/23/2023 | $6,488.95 | 6780204150 |
| 04/04/2023 | $2,050.00 | 90936830 | 05/04/2023 | $1,995.00 | 91497270 | 06/02/2023 | $1,995.00 | 91985800 |
| 07/12/2023 | $1,995.00 | 92705540 | 08/02/2023 | $1,995.00 | 93061560 | 09/05/2023 | $1,995.00 | 93617900 |
| 10/03/2023 | $1,995.00 | 94121620 | 10/30/2023 | $1,995.00 | 94559640 | 12/06/2023 | $1,995.00 | 95186240 |
| 01/08/2024 | $1,995.00 | 95727040 | | | | | | |

**Total Receipts for the Period:  $33,030.00    Amount Refunded to Debtor Since Filing:  $2,177.90    Total Receipts Since Filing: $35,405.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephen A. Hester | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S Cherry<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2015  FORD EDGE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,293.51 | $0.00 | $5,293.51 |
| 3 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $433.47 | $0.00 | $433.47 |
| 4 | NewRez LLC | | $0.00 | $0.00 | $0.00 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $229.65 | $0.00 | $229.65 |
| 6 | NewRez LLC<br>»»  P/9 TIMOTHY LN/1ST MTG/ORDER 7/9/22 | Mortgage Arrears | $93,948.47 | $26,905.24 | $67,043.23 |
| 0 | Stephen A. Hester | Debtor Refund | $2,177.90 | $2,177.90 | $0.00 |

**Chapter 13 Case No. 22-13165 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,405.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $29,083.14 | Current Monthly Payment: | $1,995.00 |
| Paid to Trustee: | $2,663.02 | Arrearages: | $0.00 |
| Funds on Hand: | $3,658.84 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

