Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13165−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen A. Hester
   aka Stephen A. Hester, aka Stephen
   Andrew Hester, aka Stephen Hester
   9 Timothy Ln
   Burlington, NJ 08016−4115

Social Security No.:
   xxx−xx−9787

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 14, 2024.


Dated: March 14, 2024
JAN: wiq

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-13165-MBK
Stephen A. Hester  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 14, 2024     Form ID: plncf13     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen A. Hester, 9 Timothy Ln, Burlington, NJ 08016-4115 |
| lm | + | Shellpoint Mortgage Servicing, P.O. Box 740039, Cincinnati, OH 45274-0039 |
| 519560475 | | New Residential Mortgage, LLC, 1345 Avenue of the Americas Fl 45, New York, NY 10105-4599 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2024 20:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 519574827 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2024 20:51:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519560469 | | Email/Text: ally@ebn.phinsolutions.com | Mar 14 2024 20:50:00 | Ally Financial, PO Box 9001952, Louisville, KY 40290-1952 |
| 519560470 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 21:07:38 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519586098 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 20:56:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519560471 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2024 20:56:59 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519560472 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2024 20:51:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519567323 | ^ | MEBN | Mar 14 2024 20:49:00 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519633695 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:57:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519560474 | | Email/Text: mtgbk@shellpointmtg.com | Mar 14 2024 20:50:00 | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 519646032 | | Email/Text: mtgbk@shellpointmtg.com | Mar 14 2024 20:50:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC |

| 519643561 | + | Email/PDF: ebn_ais@aisinfo.com | 29603-0826 Mar 14 2024 21:07:30 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519567322 | | Capital One Bank USA N A |
| 519567320 | | Kara-Lyn A. Hester |
| aty | *+ | KML Law Group, LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519560473 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519567321 | ## | Window Nation, 2050 Springdale Rd Ste 500, Cherry Hill, NJ 08003-4021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Mark S Cherry | on behalf of Debtor Stephen A. Hester mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6