| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 22-13165 / MBK

Stephen A. Hester

Petition Filed Date: 04/19/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 04/26/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $1,995.00 | 95727040 | 02/05/2024 | $1,995.00 | 96174410 | 03/05/2024 | $1,995.00 | 96682480 |
| 04/03/2024 | $1,080.63 | 48923609 | 04/23/2024 | $1,080.63 | 49232085 | 04/30/2024 | $845.74 | 97581730 |
| 05/08/2024 | $1,080.63 | 49491344 | 05/22/2024 | $1,080.63 | 49736931 | 05/24/2024 | $845.74 | 97991030 |
| 06/10/2024 | $1,080.63 | 49984899 | 06/21/2024 | $1,080.63 | 50264268 | 07/01/2024 | $845.74 | 98593640 |
| 07/03/2024 | $1,080.63 | 50501424 | 07/24/2024 | $1,080.63 | 50822209 | 07/30/2024 | $845.74 | 99040960 |
| 08/07/2024 | $1,080.63 | 51094997 | 08/21/2024 | $1,080.63 | 51368369 | 08/30/2024 | $845.74 | 99533550 |
| 09/06/2024 | $1,080.63 | 51627949 | 09/20/2024 | $1,080.63 | 51913764 | 10/01/2024 | $845.74 | 10003430 |
| 10/09/2024 | $1,080.63 | 52192116 | 10/23/2024 | $1,080.63 | 52493075 | 11/01/2024 | $845.74 | 10050176 |
| 11/08/2024 | $1,080.63 | 52731918 | 11/20/2024 | $1,080.63 | 53002629 | 12/10/2024 | $1,080.63 | 53315173 |
| 12/23/2024 | $1,080.63 | 53507134 | 12/30/2024 | $845.74 | 10138765 | | | |

**Total Receipts for the Period: $32,202.26   Amount Refunded to Debtor Since Filing: $2,177.90  Total Receipts Since Filing: $66,692.89**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Stephen A. Hester | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S. Cherry, Esq. »» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC. »» 2015  FORD EDGE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,293.51 | $0.00 | $5,293.51 |
| 3 | LVNV FUNDING LLC »» CREDIT ONE BANK | Unsecured Creditors | $433.47 | $0.00 | $433.47 |
| 4 | NewRez LLC | | $0.00 | $0.00 | $0.00 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $229.65 | $0.00 | $229.65 |
| 6 | NewRez LLC »» P/9 TIMOTHY LN/1ST MTG/ORDER 7/9/22 | Mortgage Arrears | $93,948.47 | $56,148.14 | $37,800.33 |
| 0 | Stephen A. Hester | Debtor Refund | $2,177.90 | $2,177.90 | $0.00 |

**Chapter 13 Case No. 22-13165 / MBK**

| SUMMARY | |
|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | |

| | | | |
|---|---|---|---|
| Total Receipts: | $66,692.89 | Plan Balance: | $83,961.01 ** |
| Paid to Claims: | $58,326.04 | Current Monthly Payment: | $3,007.00 |
| Paid to Trustee: | $4,626.66 | Arrearages: | $2,772.11 |
| Funds on Hand: | $3,740.19 | Total Plan Base: | $148,476.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or
scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**