Certificate Number: 13858-NJ-DE-041033418

Bankruptcy Case Number: 22-13165



13858-NJ-DE-041033418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2026, at 2:49 o'clock PM EDT, Stephen A. Hester completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    May 29, 2026              By:     /s/Chloe Reardon

Name:  Chloe Reardon

Title:   Counselor