UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

In Re:
Stephen A. Hester

Case No. 22- 13165

Chapter:

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Stephen A. Hester_____, debtor in this case certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☒  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____June 22, 2026_____

/s/ Stephen Hester
Stephen A. Hester
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

rev.8/1/18
Best Case Bankruptcy